Michael N. Mills (SB #191762)
Sigrid R. Waggener (SB #257979)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
mnmills@stoel.com

William Novotny (Ariz. Bar #4239)
(Admitted Pro Hac Vice)
MARISCAL, WEEKS, McINTYRE
  & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Telephone: (602) 285-5000
Facsimile: (602) 285-5100
william.novotny@mwmf.com

Co-Counsel for Appellant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| In re: | Case No. 2:12-cv-00752-MCE |
| ROOM SOURCE LLC, a California limited liability company, | Bankruptcy Case No. 08-28487 |
| Debtor. | **ORDER DISMISSING BANKRUPTCY APPEAL** |
| THE ROOMSTORES OF PHOENIX, LLC, | |
| Appellant, | |
| v. | |
| JOSEPH E. MYERS, Trustee of the Liquidating Trust of the Room Source, LLC, | |
| Appellee. | |

1   [PROPOSED] ORDER DISMISSING APPEAL
    Case No. 08-28487

Pursuant to Stipulation of the Appellant and the Appellee made and filed in accordance with Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, this appeal is dismissed, with each party to bear its own attorneys' fees and costs associated with bringing and defending this appeal.   The matter having been resolved in its entirety, the Clerk of court is hereby directed to close the file.

IT IS SO ORDERED.

Dated: April 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

Binder & Malter, LLP

    /s/ Robert G. Harris
By: _____
    Robert G. Harris